UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

COURTROOM MINUTE SHEET
CIVIL PROCEEDINGS

**Date** 7/12/2011  **Judge** Henry E. Autrey  **Case No.** 4:11CV1205 HEA

Michael Moore   v.   City of Brentwood, Missouri

**Court Reporter** A. Daley  **Deputy Clerk** C. Long

**Attorneys for Plaintiff(s)** Pro Se - Michael Moore

**Attorneys for Defendant(s)** Frank Albrecht

**Parties present for** TRO hearing on [4]. Arguments heard. Matter taken under submission.

☐ The Court orders that this proceeding is sealed and that any transcript prepared from this proceeding be filed under seal.

It is hereby ordered that

Pltf. Witness _____   Deft. Witness _____

Pltf. Witness _____   Deft. Witness _____

Pltf. Exhibits: _____

Pltf. Exhibits: _____

Deft. Exhibits: _____

Deft. Exhibits: _____

☐ Exhibits returned to and retained by counsel

Proceedings commenced   11:54   A.M.
Proceedings concluded   12:20   P.M.