UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MICHAEL MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:11CV1205 HEA |
| ) | |
| CITY OF BRENTWOOD, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. On May 29, 2012, the Court entered its Order requiring Plaintiff to show cause, within fourteen (14) days, why this case should not be dismissed for failure to comply with the Court's Orders. Plaintiff has failed to do so.

Accordingly,

**IT IS HEREBY ORDERED** that this matter is dismissed, pursuant to the Order entered May 29, 2012 for failure of Plaintiff to comply with the Court's Orders.

Dated this 20th day of July, 2012.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE